| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | DENISE MARIE BARTON (MABN 634052)<br>Assistant United States Attorney |

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE RAMON RODRIGUEZ,<br><br>    Defendant. | CR No. 09-00750 MMC<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>DENYING STIPULATION AS UNTIMELY |

    This matter is currently scheduled for a Further Status Conference before this Court on Wednesday, February 17, 2010 at 2:30 p.m. By this stipulation, the parties seek to continue this Further Status Conference until Wednesday, March 24, 2010 at 2:30 p.m.

    In January 2010, Susan Jerich, the previously-assigned AUSA on this case left the Office. Thereafter, this case was reassigned to AUSAs Denise Marie Barton and Matthew L. McCarthy. AUSA Barton and counsel for the Defendant, Mark Goldrosen, have spoken about possible resolution of this matter. However, prior to resolving this matter, AUSAs Barton and McCarthy require time to review the file, understand the nature of the case, and continue discussions with

UNITED STATES V. RODRIGUEZ, CR No. 09-750 MMC,
STIPULATION AND [PROPOSED] ORDER

1  defense counsel regarding the merits of the case and possible resolution.

2      For these reasons, the parties jointly seek a continuance until March 24, 2010 at 2:30 p.m.
3  The parties agree that time is properly excluded under the Speedy Trial Act for continuity and
4  effective preparation of counsel.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).
5  SO STIPULATED:

6

7                                         JOSEPH P. RUSSONIELLO
                                       United States Attorney
8

9  DATED: February 16, 2010           /s/
                                       DENISE MARIE BARTON
10                                        MATTHEW L. MCCARTHY
                                       Assistant United States Attorneys
11

12
DATED: February 16, 2010           /s/
13                                        MARK GOLDROSEN
                                       Attorney for JOSE RAMON RODRIGUEZ
14

15

16  ~~For the foregoing reasons, this matter is continued until March 24, 2010 at 2:30 p.m. for a~~
17  ~~Further Status Conference.  Pursuant to the Speedy Trial Act, Title 18 United States Code,~~
18  ~~sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv), the ends of justice are served by granting the~~
19  ~~requested continuance, given that failure to do so would deny the parties continuity of counsel~~
20  ~~and reasonable time for effective preparation, taking into account the exercise of due diligence.~~
21  ~~Accordingly, time shall be excluded from February 17, 2010 through March 24, 2010.~~
22      The stipulation is hereby DENIED as untimely.  All parties shall appear as scheduled on
 February 17, 2010.
23  SO ORDERED.

24

25  DATED: __February 16, 2010__                      
26                                        HON. MAXINE M. CHESNEY
                                       United States District Court Judge
27

28

UNITED STATES V. RODRIGUEZ, CR No. 09-750 MMC,
STIPULATION AND [PROPOSED] ORDER

                                                                                         2