JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> JOSE RAMON RODRIGUEZ, <br>     Defendant. | CR No. 09-00750 MMC <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE <br> AND ORDER THEREON <br><br> Hearing Date: March 10, 2010 <br> Hearing Time: 2:30 p.m. <br><br> Proposed Hearing Date: March 24, 2010 <br> Proposed Hearing Time: 2:30 p.m. |

    This matter is currently scheduled for a Further Status Conference / Change of Plea before this Court on Wednesday, March 10, 2010 at 2:30 p.m.  By this stipulation, the parties seek to continue this Further Status Conference / Change of Plea until Wednesday, March 24, 2010 at 2:30 p.m.

    Since the last appearance, the parties engaged in meaningful discussions regarding resolution of this matter.  However, a few issues have arisen this week that require further factual investigation.  The parties request this continuance to permit further investigation of these issues which will allow a final determination whether a resolution can be reached.

UNITED STATES V. RODRIGUEZ, CR No. 09-750 MMC,
STIPULATION AND [PROPOSED] ORDER

1

1  For these reasons, the parties jointly seek a continuance until March 24, 2010 at 2:30 p.m.
2  The parties agree that time is properly excluded under the Speedy Trial Act for effective
3  preparation of counsel.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

5  SO STIPULATED:

7                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

9  DATED: March 4, 2010            ____/s/_____
                                            DENISE MARIE BARTON
10                                          MATTHEW L. MCCARTHY
                                            Assistant United States Attorneys

12
13 DATED: March 4, 2010            ____/s/_____
                                            MARK GOLDROSEN
                                            Attorney for JOSE RAMON RODRIGUEZ

16  For the foregoing reasons, this matter is continued until March 24, 2010 at 2:30 p.m. for a
17  Further Status Conference / Change of Plea.  Pursuant to the Speedy Trial Act, Title 18 United
18  States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv), the ends of justice are served by
19  granting the requested continuance, given that failure to do so would deny the parties reasonable
20  time for effective preparation, taking into account the exercise of due diligence.  Accordingly,
21  time shall be excluded from March 10, 2010 through March 24, 2010.

23  SO ORDERED.

25  DATED:  __March 4, 2010_____         _____
                                            HON. MAXINE M. CHESNEY
26                                          United States District Court Judge

UNITED STATES V. RODRIGUEZ, CR No. 09-750 MMC,
STIPULATION AND [PROPOSED] ORDER

2